# UNITED STATES DISTRICT COURT
## for the District of Columbia

| | |
|---|---|
| **DAVID SCHERMERHORN,** | ) |
| **MARY ANN WRIGHT,** | ) |
| **HUWAIDA ARRAF,** | ) |
| **ANNE DE JONG,** and | ) |
| **MARGRIET DEKNOPPER,** | ) |
| | ) |
| <u>Plaintiffs</u>, | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| **THE STATE OF ISRAEL**, | ) |
| **THE MINISTRY OF DEFENSE OF ISRAEL**, | ) |
| **THE MINISTRY OF FOREIGN AFFAIRS OF ISRAEL**, | ) |
| **THE MINISTRY OF JUSTICE OF ISRAEL**, and | ) |
| **THE MINISTRY OF PUBLIC SECURITY OF ISRAEL**, | ) |
| | ) |
| <u>Defendants</u>. | ) |

## SUMMONS IN A CIVIL ACTION

To:   The State of Israel
      c/o Hon. Benjamin Netanyahu
      Minister of Foreign Affairs
      9 Yitzhak Rabin Blvd.
      Kiryat Ben-Gurion
      Jerusalem 91035
      Israel

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiffs' attorney, whose name and address are:  Steven M. Schneebaum, Esq.; Steven M. Schneebaum, P.C.; 2131 S Street, N.W.; Washington, D.C. 20008, U.S.A.
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


Date:  _____            _____
                                                CLERK OF COURT

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| | |
|---|---|
| **DAVID SCHERMERHORN,** | ) |
| **MARY ANN WRIGHT,** | ) |
| **HUWAIDA ARRAF,** | ) |
| **ANNE DE JONG,** and | ) |
| **MARGRIET DEKNOPPER,** | ) |
| | ) |
| <u>Plaintiffs</u>, | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| **THE STATE OF ISRAEL**, | ) |
| **THE MINISTRY OF DEFENSE OF ISRAEL**, | ) |
| **THE MINISTRY OF FOREIGN AFFAIRS OF ISRAEL**, | ) |
| **THE MINISTRY OF JUSTICE OF ISRAEL**, and | ) |
| **THE MINISTRY OF PUBLIC SECURITY OF ISRAEL,** | ) |
| | ) |
| <u>Defendants</u>. | ) |

## SUMMONS IN A CIVIL ACTION

To:   The Ministry of Defense of Israel
      Kaplan St.
      Hakirya
      Tel-Aviv 61909
      Israel

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiffs' attorney, whose name and address are:  Steven M. Schneebaum, Esq.; Steven M. Schneebaum, P.C.; 2131 S Street, N.W.; Washington, D.C. 20008, U.S.A.
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


Date: _____          _____
                                        CLERK OF COURT

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| | |
|---|---|
| **DAVID SCHERMERHORN,**<br>**MARY ANN WRIGHT,**<br>**HUWAIDA ARRAF,**<br>**ANNE DE JONG,** and<br>**MARGRIET DEKNOPPER,**<br><br>         Plaintiffs,<br>                         v.<br><br>**THE STATE OF ISRAEL,**<br>**THE MINISTRY OF DEFENSE OF ISRAEL,**<br>**THE MINISTRY OF FOREIGN AFFAIRS OF ISRAEL,**<br>**THE MINISTRY OF JUSTICE OF ISRAEL,** and<br>**THE MINISTRY OF PUBLIC SECURITY OF ISRAEL,**<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:    The Ministry of Foreign Affairs of Israel
       9 Yitzhak Rabin Blvd.
       Kiryat Ben-Gurion
       Jerusalem 91035
       Israel

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiffs' attorney, whose name and address are:  Steven M. Schneebaum, Esq.; Steven M. Schneebaum, P.C.; 2131 S Street, N.W.; Washington, D.C. 20008, U.S.A.
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


Date: _____          _____
                                        CLERK OF COURT

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| | |
|---|---|
| **DAVID SCHERMERHORN,** ) <br> **MARY ANN WRIGHT,** ) <br> **HUWAIDA ARRAF,** ) <br> **ANNE DE JONG,** and ) <br> **MARGRIET DEKNOPPER,** ) <br> ) <br> <u>Plaintiffs</u>, ) <br> v. ) Civil Action No. _____ <br> ) <br> **THE STATE OF ISRAEL**, ) <br> **THE MINISTRY OF DEFENSE OF ISRAEL**, ) <br> **THE MINISTRY OF FOREIGN AFFAIRS OF ISRAEL**, ) <br> **THE MINISTRY OF JUSTICE OF ISRAEL**, and ) <br> **THE MINISTRY OF PUBLIC SECURITY OF ISRAEL,** ) <br> ) <br> <u>Defendants</u>. ) <br> _____) | |

## SUMMONS IN A CIVIL ACTION

To:   The Ministry of Justice of Israel
      29 Salah A-din St.
      Jerusalem 91010
      Israel

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiffs' attorney, whose name and address are:  Steven M. Schneebaum, Esq.; Steven M. Schneebaum, P.C.; 2131 S Street, N.W.; Washington, D.C. 20008, U.S.A.
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


Date: _____          _____
                                       CLERK OF COURT

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| | |
|---|---|
| **DAVID SCHERMERHORN,** <br> **MARY ANN WRIGHT,** <br> **HUWAIDA ARRAF,** <br> **ANNE DE JONG,** and <br> **MARGRIET DEKNOPPER,** <br><br> <u>Plaintiffs</u>, <br> v. <br><br> **THE STATE OF ISRAEL,** <br> **THE MINISTRY OF DEFENSE OF ISRAEL,** <br> **THE MINISTRY OF FOREIGN AFFAIRS OF ISRAEL,** <br> **THE MINISTRY OF JUSTICE OF ISRAEL,** and <br> **THE MINISTRY OF PUBLIC SECURITY OF ISRAEL,** <br><br> <u>Defendants</u>. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: The Ministry of Public Security of Israel
Rehov Clermont Ganneau
Building C, Sheikh Jerach Government Complex
Sheikh Jerach, Jerusalem
Israel

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiffs' attorney, whose name and address are: Steven M. Schneebaum, Esq.; Steven M. Schneebaum, P.C.; 2131 S Street, N.W.; Washington, D.C. 20008, U.S.A.
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


Date: _____     _____
                                                                    CLERK OF COURT