28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

David Schermerhorn, et al.
_Plaintiff_

v.

The State of Israel, et al.
_Defendant_

Civil Action No. 1:16-cv-00049

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
The Ministry of Foreign Affairs of Israel
9 Yitzhak Rabin Blvd.
Kiryat Ben-Gurion
Jerusalem 91305
ISRAEL

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven M. Schneebaum, Esq.
Steven M. Schneebaum, P.C.
2131 S Street, N.W.
Washington, D.C. 20008
U.S.A.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: _____

_____
_Signature of Clerk or Deputy Clerk_