28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

David Schermerhorn, et al.

*Plaintiff*

v.

The State of Israel, et al.

*Defendant*

Civil Action No. 1:16-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The State of Israel
c/o Hon. Benjamin Netanyahu
Minister of Foreign Affairs
9 Yitzhak Rabin Blvd.
Kiryat Ben-Gurion
Jerusalem 91035, ISRAEL

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven M. Schneebaum, Esq.
Steven M. Schneebaum, P.C.
2131 S Street, N.W.
Washington, D.C. 20008
U.S.A.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 1/15/2016

/s/ Jean-Claude Douyon
*Signature of* ~~Clerk or~~ *Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

David Schermerhorn, et al.
*Plaintiff*

v.

The State of Israel, et al.
*Defendant*

Civil Action No. 1:16-cv-00049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   The Ministry of Defense of Israel
   Kaplan Street
   Hakirya
   Tel-Aviv 61909
   ISRAEL

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Steven M. Schneebaum, Esq.
   Steven M. Schneebaum, P.C.
   2131 S Street, N.W.
   Washington, D.C. 20008
   U.S.A.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 1/15/2016

/s/Jean-Claude Douyon
*Signature of* ~~Clerk or~~ *Deputy Clerk*

28 USC 1608 Summons
12/11

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

David Schermerhorn, et al.
*Plaintiff*

v.

The State of Israel, et al.
*Defendant*

Civil Action No. 1:16-cv-00049

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Ministry of Foreign Affairs of Israel
9 Yitzhak Rabin Blvd.
Kiryat Ben-Gurion
Jerusalem 91305
ISRAEL

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven M. Schneebaum, Esq.
Steven M. Schneebaum, P.C.
2131 S Street, N.W.
Washington, D.C. 20008
U.S.A.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 1/15/2016

/s/ Jean-Claude Douyon
*Signature of ~~Clerk or~~ Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

David Schermerhorn, et al.
*Plaintiff*

v.

The State of Israel, et al.
*Defendant*

Civil Action No. 1:16-cv-00049

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

The Ministry of Justice of Israel
29 Salah A-din Street
Jerusalem 91010
ISRAEL

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven M. Schneebaum, Esq.
Steven M. Schneebaum, P.C.
2131 S Street, N.W.
Washington, D.C. 20008
U.S.A.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 1/15/2016

/s/ Jean-Claude Douyon
Signature of ~~Clerk or~~ Deputy Clerk



28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

David Schermerhorn, et al.
_____
         *Plaintiff*

v.

The State of Israel, et.al.
_____
         *Defendant*

Civil Action No. 1:16-cv-00049

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)* The Ministry of Public Security of Israel
                                       Rehov Clermont Ganneau
                                       Building C, Sheikh Jerach Government Complex
                                       Sheikh Jerach, Jerusalem
                                       ISRAEL

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Steven M. Schneebaum, Esq.
   Steven M. Schneebaum, P.C.
   2131 S Street, N.W.
   Washington, D.C. 20008
   U.S.A.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 1/15/2016



/s/ Jean-Claude Douyon
_____
Signature of ~~Clerk or~~ Deputy Clerk