## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SCHERMERHORN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:16-cv-49 (ABJ) |
| | ) |
| THE STATE OF ISRAEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF STEVEN M. SCHNEEBAUM, ESQ., REGARDING SERVICE OF PROCESS ON DEFENDANTS

STEVEN M. SCHNEEBAUM, Esq., solemnly states as follows:

1.      I am counsel of record to Plaintiffs David Schermerhorn, *et al.*, in the above-captioned case.  In that capacity, I oversaw the process of serving all Defendants with the summonses and complaints, together with the other materials (including translations into Hebrew, the official language of the State of Israel) required under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608.

2.      Israel is a party to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, which means that it and its agencies may be served pursuant to 28 U.S.C. § 1608(a)(2).  The office to be served, according to that Convention, is the state party's "Central Authority."  For Israel, according to the Hague Convention website, the Central Authority is an entity styled Legal Assistance to Foreign Countries; Office of the Legal Advisor, Administration of Courts; 22 Kanfei Nesharin St.; Jerusalem 95464; P.O.B. 34142; Israel.

1

3.      On January 19, 2016, I went with my assistant to the United States Post Office Friendship branch in Washington, D.C.  We mailed the package containing all of the required papers (summons, complaint, and notice of suit, all in English and Hebrew; and the text of the FSIA), two for each party defendant, to the Central Authority, by international registered mail, with return receipt requested.  We were given the attached receipts (see Exhibit A).

4.      Shortly thereafter, I subscribed to the Postal Service's on-line tracking system, so I would be advised when the package was delivered to its intended destination.  And on February 15, 2016, I received a text message on my iPhone, which I then forwarded to my laptop computer for printing.  It is attached as Exhibit B.

5.      I have not, however, yet received the return receipt.  On March 15, 2016 (a month after the reported delivery), I called the Postal Service's tracking help number, and explained the situation.  The USPS employee with whom I spoke confirmed that, according to USPS records, the package was delivered to the Central Authority address at 8:39 p.m. local time on February 15, just as Exhibit B reports.

6.      I asked the Postal Service whether there was a way of obtaining confirmation of this from an Israeli source, absent the return receipt.  While we were on the line, he sent a communication to the Israeli counterpart of USPS, asking for information attesting to the delivery of the package.  He informed me, however, that responses to such requests are governed by regulations that permit the requested agency as much as 60 days to respond (although he suggested that in his experience most answer much sooner).

7.      To keep the Court informed of our progress, I decided to submit this Declaration and Exhibits now, and will submit supplementary materials once I have a response to the USPS request.

8.  I declare under penalty of perjury that the foregoing is true and correct.


3/17/16
_____
Date


Steven M. Schneebaum

# Exhibit A

Registered No. RE876420058US

| | | | |
|---|---|---|---|
| Reg. Fee | $49.50 | | 0234 14 |
| Handling Charge | $13.95 | Return Receipt | |
| Postage | $3.85 | Restricted Delivery | |
| Received by | $0.00 | | |
| Customer Must Declare Full Value $ | $67.30 $0.00 | Domestic Insurance up to $25,000 is included based upon the **declared value.** International Indemnity is limited. (See Reverse). | |
| | | 01/19/2016 | |

To Be Completed By Post Office

WASHINGTON, DC 20016

OFFICIAL USE

**FROM**
Steven M. Schneebaum, P.C.
2131 S Street, NW
Washington D.C. 20008
USA 20016

**TO**
Legal Assistance to Foreign Countries
22 Kanfei Nesharin St.
Israel
Jerusalem 95464
Israel

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806,**     **Receipt for Registered Mail**     Copy 1 - Customer
May 2007 (7530-02-000-9051)     (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

LC607052057US

**USPS® Customs Declaration – CN 22**
**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

2 - Shipping Label (left) and Customer Copy (right)

From: Sender's Last Name | First | Business | Address | City | State | ZIP+4® | Telephone/Fax or Email

To: Addressee's Last Name | First | Business | Address | City | State/Province | Post Code | Country | Telephone/Fax or Email

---

FRIENDSHIP
4005 WISCONSIN AVE NW
WASHINGTON
DC
200169997
1049660234
01/19/2016     (800)275-8777     9:21 AM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Utl Mlr 10.5" x16" | 1 | $1.19 |
| (Unit Price:$1.19) | | |
| First-Class Intl Package | 1 | $49.50 |
| (International) | | |
| (Israel) | | |
| (Weight:3 Lb 4.10 Oz) | | |
| (Custom #:LC607052057US) | | |
| Registered | 1 | $13.95 |
| (Amount:$0.00) | | |
| (USPS Registered Mail #) | | |
| (RE876420058US) | | |
| Return Receipt | 1 | $3.85 |
| Total | | $68.49 |
| Credit Card Remitd | | $68.49 |

    (Card Name:VISA)
    (Account #:XXXXXXXXXXX7585)
    (Approval #:03827G)
    (Transaction #:230)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

# Exhibit B

## Steven Schneebaum

| | |
|---|---|
| **From:** | Steven Schneebaum |
| **Sent:** | Wednesday, March 16, 2016 6:25 AM |
| **To:** | Steven Schneebaum |
| **Subject:** | Service of process |

USPS LC607052057US, Delivered 02/15/2016 8:39pm ISRAEL Departed USPS Facility 01/21/2016 7:15pm WASHINGTON DC 20066 Reply HELP 4 help-STOP to cancel

Sent from my iPhone