UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID SCHERMERHORN, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 1:16-cv-49 (ABJ) <br> ) |
| THE STATE OF ISRAEL, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

### SECOND DECLARATION OF STEVEN M. SCHNEEBAUM, ESQ., REGARDING SERVICE OF PROCESS ON DEFENDANTS

STEVEN M. SCHNEEBAUM, Esq., solemnly states as follows:

1. I am counsel of record to Plaintiffs David Schermerhorn, *et al.*, in the above-captioned case. In that capacity, I submit this report to the Court on the progress of service of process on Defendants.

2. On March 22, 2016, I reported on our efforts to serve Defendants pursuant to the Hague Convention on Service of Process Abroad, and 28 U.S.C. § 1608(a)(2). As I informed the Court, the documents we mailed to the Israeli Central Authority were in fact delivered to their destination on February 15, 2016.

3. On or about April 4, 2016, I received an envelope in the mail containing the original materials – the summonses, complaints, and other documents – that we had sent to Israel in January. In its letter of transmittal (*see* Exhibit A), the Ministry of Justice announced that the request for service was being returned because we had inadvertently mentioned as the basis for the request Article 10(a), rather than Article 5, of the Hague Convention.

1

4. The Hague Convention does not require a party requesting service to set out the basis for the request in a letter. It is far from clear that the erroneous citation to the Convention in our cover letter to the Central Authority constituted a valid basis for rejection of the service request. But in order to avoid wasting more time arguing about the fine points of interpretation of the Hague Convention, and reserving our position on the law, we sent a new packet of materials to the Israeli Ministry of Justice, by Federal Express, on April 13, 2016.

5. The materials sent in this second attempt include all of the documents described in the relevant sections of the Foreign Sovereign Immunities Act (in English and Hebrew), as well as a new cover letter and U.S. Marshals Service Form No. 94, signed and sealed by the Clerk of this Court: a formal request for service on each party Defendant in language that conforms to the Hague Convention. The latter is attached hereto as Exhibit B; one of the request forms is Exhibit C (the five iterations of the Marshals Service form are identical, but for Defendants' names).

6. According to Federal Express, see Exhibit D, the service package was delivered to the Office of Administration of the Courts, Israel's Central Authority under the Hague Convention, in Jerusalem on Wednesday, April 20, at 1:24 p.m. local time, and was signed for by Y. Shushan. Defendants are therefore required to answer or otherwise plead within 60 days of April 20, or by Monday, June 20, 2016.

7. I declare under penalty of perjury that the foregoing is true and correct.

April 22, 2016
_____
Date

_/s/ Steven M. Schneebaum_
Steven M. Schneebaum

# Exhibit A



מדינת ישראל
הנהלת בתי המשפט
סיוע משפטי למדינות זרות
ירושלים

March 27, 2016

**JERUSALEM**
**ISRAEL**

Our Ref. : 06147416

To
Mr. Steven M Schneebaum
2131 S Street NW
Washington DC 20008
U S A

          Re: *Schmerhorn et al v. The State of Israel, et al.*(D.D.C.) (1:16-cv-0049-ABJ)

Dear Mr. Schneebaum:

Enclosed are the five copies of the materials you sent us with your letter dated 12 January 2016: the summons addressed to each Defendant, the complaint, the Notice of Suit and a copy of the U.S. Foreign Sovereign Immunities Act.

We are returning these materials to you without service or delivery to the named Defendants because Article 10(a) of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"), which you referenced in your letter as being the basis upon which you sent us the documents, applies only to documents sent "directly

---

רחוב כנפי נשרים 22, ירושלים 95464
טל: 02-6556847    פקס: 02-6556954



מדינת ישראל
הנהלת בתי המשפט
סיוע משפטי למדינות זרות
ירושלים

to persons abroad." The Administration of Courts is not the intended recipient of these documents.

Compliance with the Hague Service Convention is mandatory, and the only accepted manner of service on the State and its Ministries is via transmission to the Central Authority under Article 5 of the Hague Service Convention.

We also note that Prime Minister Netanyahu is not authorized under Israeli law to accept service on behalf of the named Defendants.

Sincerely,

Liat Youssim (Ms),
Attorney At Law,

Head of the Department for Legal Assistance to Foreign Countries,
Office of the Legal Advisor, Administration of Courts,
Jerusalem, Israel

# Exhibit B



Steven M. Schneebaum | sms@smslawdc.com | 202.742.5900 o.
Cynthia L. McCann, of counsel | clm@smslawdc.com | 202.830.0600 o.

STEVEN M SCHNEEBAUM PC    1776 K Street NW #800, Washington DC 20006 | www.smslawdc.com | 202.449.3835 f.

Legal Assistance to Foreign Countries
Office of the Legal Advisor
Administration of Courts
22 Kanfei Nesharin St.
Jerusalem 95464
P.O.B. 34142
Israel

Re: *Schermerhorn*, et al. v. *The State of Israel*, et al. (D.D.C.)

12 April 2016

Dear Sirs:

On behalf of the Plaintiffs in the above-captioned Action, filed in the United States District Court for the District of Columbia on 11 January 2016, I enclose herewith five copies of a packet of materials that we request that your Office serve on the following five named party Defendants: the State of Israel, the Ministry of Defense, the Ministry of Foreign Affairs, the Ministry of Justice, and the Ministry of Public Security. In resubmitting this request to your Office following your letter of 27 March 2016 (Ref. 06147416), we expressly reserve our position regarding the correctness under the Hague Convention of our earlier correspondence.

The packets consist of, for each Defendant: a U.S. Marshals Service form 94, requesting that your Office effect service and containing a summary of the other legal documents; a summons (in English and Hebrew); the complaint (in English and Hebrew); the Notice of Suit (in English and Hebrew); and a copy of the U.S. Foreign Sovereign Immunities Act (in English only). Form 94 conforms to the model request attached to the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

This request for service is being made in accordance with Articles 3 and 5(a) of the Hague Convention, and Title 28 United States Code, section 1608(a)(2). It is our understanding that your Office is the Central Authority designated by the State of Israel under Article 2 of the Convention for the receipt and execution of such requests.

I thank you in advance for your cooperation, and respectfully request that you address any questions to the undersigned.

Yours sincerely,

Steven M. Schneebaum

# Exhibit C

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Steven M. Schneebaum, Esq.<br>Steven M. Schneebaum, PC<br>1776 K Street, NW, #800<br>Washington, DC 20006<br>Tel. 202-742-5900<br>Fax 202-449-3835<br>Email: sms@smslawdc.com | Adv. Liat Youssim<br>Legal Assistance to Foreign Countries<br>Office of the Legal Advisor<br>Administration of the Courts<br>22 Kanfei Nesharin St.<br>Jerusalem 95464<br>P.O.B. 34142 Israel |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
   *(identité et adresse)*

The State of Israel, c/o Minister of Foreign Affairs
9 Yitzhak Rabin Blvd., Kiryat Ben-Gurion, Jerusalem 91035 Israel

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5 alinéa premier, lettre a).* Service is requested pursuant to Rule 4(c)(2) of the U.S. Federal Rules of Civil Procedure, and pursuant to 28 U.S.C. § 1608 (a)(2).
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

US District Court-District of Columbia Summons
Complaint for Damages
Notice of Suit
Hebrew translations

Done at Washington, DC, the 11/4/2016
*Fait à*, *le*

Signature and/or stamp
*Signature et/ou cachet*

ANGELA D. CAESAR, CLERK
By: *Jackie Frend*
DEPUTY CLERK

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

  1) that the document has been served *
  *1) que la demande a été exécutée*
      -- the (date) -- *le (date)* _____
      -- at (place, street, number) - *à (localité, rue, numéro)*
      _____

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

      ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5. alinéa premier, lettre a)*

      ☐ (b) in accordance with the following particular method:
        *b) selon la forme particulière suivante:* _____

      ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
        *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

  - (identity and description of person)
  - *(Identité et qualité de la personne)*
  _____

  - relationship to the addressee family, business or other
  - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
  _____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _____, the _____
*Fait à*              *le*

_____

Signature and/or stamp
*Signature et/ou cachet*

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

U.S. District Court for the District of Columbia, 333 Constitution Ave., NW #440, Washington, DC 20001

**Particulars of the parties:** *Plaintiffs: David Schermerhorn; Mary Ann Wright; Huwaida Arraf; and Margriet Deknopper.*
*Identité des parties:* *Defendants: The State of Israel; Ministries of Defense, Foreign Affairs, Justice, and Public Safety.*

## JUDICIAL DOCUMENT
### ACTE JUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

The summons and complaint announce the initiation of a civil lawsuit.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

To recover (unquantified) damages for war crimes and torts.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

An answer is due 60 days after service

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Date of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

An answer is due 60 days after service.

## EXTRAJUDICIAL DOCUMENT
### ACTE EXTRAJUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**:**
*Indication des délais figurant dans l'acte:*

# Exhibit D

# FedEx

April 22, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776133024635**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | Y.SHUSHAN | **Delivery location:** | LEGAL ASSISTANCE TO FOREIGN COUNTR |
| | | | 22 KANFEI NESHARIN ST, P.O.B. 3414 |
| | | | JERUSALEM 95464 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Apr 20, 2016 13:24 |
| **Special Handling:** | Deliver Weekday | | |

**NO SIGNATURE IS AVAILABLE**
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776133024635 | **Ship date:** | Apr 18, 2016 |
| | | **Weight:** | 3.6 lbs/1.6 kg |

**Recipient:**
LIAT YOUSSIM-OFFICE OF LEGAL ADVIS
ADMINISTRATION OF THE COURTS
LEGAL ASSISTANCE TO FOREIGN COUNTR
22 KANFEI NESHARIN ST, P.O.B. 3414
JERUSALEM 95464 IL
**Reference**

**Shipper:**
STEVEN SCHNEEBAUM
1776 K STREET, NW
SUITE 800
WASHINGTON, DC 20008 US

Israel

Thank you for choosing FedEx.

**FedEx.**    Shipping    Tracking    Manage    Learn    FedEx Office ®

My Profile | Support | Locations | English | Search or tracking number

Login

# FedEx ® Tracking

## 776133024635

| | |
|---|---|
| **Ship date:** Mon 4/18/2016 | **Actual delivery:** Wed 4/20/2016 1:24 pm |
| WASHINGTON, DC US | JERUSALEM IL |

**Delivered**
Signed for by: Y.SHUSHAN

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/20/2016 - Wednesday** | | |
| 1:24 pm | Delivered | JERUSALEM IL |
| 10:30 am | On FedEx vehicle for delivery | LOD IL |
| 7:56 am | International shipment release - Import | NEMAL TEHUFA BEN GOURYON IL |
| 7:55 am | In transit | NEMAL TEHUFA BEN GOURYON IL |
| | Package available for clearance | |
| 6:58 am | At destination sort facility | TEL AVIV IL |
| 12:40 am | In transit | KOELN DE |
| 12:31 am | Departed FedEx location | KOELN DE |
| **4/19/2016 - Tuesday** | | |
| 9:30 pm | In transit | KOELN DE |
| 7:33 pm | Arrived at FedEx location | KOELN DE |
| 5:06 am | In transit | MEMPHIS, TN |
| 4:20 am | Departed FedEx location | MEMPHIS, TN |
| 12:59 am | In transit | MEMPHIS, TN |
| **4/18/2016 - Monday** | | |
| 11:46 pm | Arrived at FedEx location | MEMPHIS, TN |
| 4:12 pm | Picked up | NEW CASTLE, DE |
| 2:54 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776133024635 | Service | FedEx International Priority |
| Weight | 3.6 lbs / 1.63 kgs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 3.6 lbs / 1.63 kgs |
| Terms | Shipper | Shipper reference | Israel |
| Packaging | FedEx Pak | Special handling section | Deliver Weekday |

**FedEx.**

Search or tracking number

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

United States - English

© FedEx 1995-2016     Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=776133024635&cntry_code=us&language=english&clienttype=ivother     1/2