CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DAVID M. SCHERMERHORN, et al.,

                Plaintiff(s)

vs.

Civil Action No.: 1:16-cv-00049

THE STATE OF ISRAEL, et al.,

                Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The State of Israel
Minister of Foreign Affairs
9 Yitzhak Rabin Boulevard
Kiryat Ben-Gurion
Jerusalem 91035
ISRAEL

by: (check one)
- [ ] registered mail, return receipt requested
- [x] ~~DHL~~ FEDEX

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): ISRAEL, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven M. Schneebaum
Steven M. Schneebaum, PC
1776 K Street, , NW, #800
Washington, DC 20008
(2020 742-5900

(Name and Address)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DAVID M. SCHERMERHORN, et al.,

              Plaintiff(s)

vs.

Civil Action No.: 1:16-cv-00049

THE STATE OF ISRAEL, et al.,

              Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Ministry of Defense of Israel
Kaplan Street
Hakirya
Tel-Aviv 61909
ISRAEL

by: (check one)
- [ ] registered mail, return receipt requested
- [x] ~~DHL~~ FEDEX

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [x] 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): ISRAEL, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven M. Schneebaum
Steven M. Schneebaum, PC
1776 K Street, , NW, #800
Washington, DC 20008
(2020 742-5900

(Name and Address)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DAVID M. SCHERMERHORN, et al.,

            Plaintiff(s)

vs.

Civil Action No.: 1:16-cv-00049

THE STATE OF ISRAEL, et al.,

            Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Ministry of Foreign Affairs of Israel
9 Yitzhak Rabin Boulevard
Kiryat Ben-Gurion
Jerusalem 91035
ISRAEL

by: (check one)
- [ ] registered mail, return receipt requested
- [x] ~~DHL~~ FEDEX

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [x] 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): ISRAEL, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_(Signature)_

Steven M. Schneebaum
Steven M. Schneebaum, PC
1776 K Street, , NW, #800
Washington, DC 20008
(2020 742-5900

(Name and Address)

CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DAVID M. SCHERMERHORN, et al.
_____
Plaintiff(s)

vs.                                    Civil Action No.: 1:16-cv-00049

THE STATE OF ISRAEL, et al.
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Ministry of Justice of Israel
29 Salah A-din Street
Jerusalem 91010
ISRAEL

by: (check one)    ☐    registered mail, return receipt requested
                   ☑    ~~DHL~~ FEDEX

pursuant to the provisions of: (check one)
                   ☐    FRCP 4(f)(2)(C)(ii)
                   ☐    28 U.S.C. § 1608(a)(3)
                   ☑    28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country):
ISRAEL_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven M. Schneebaum
Steven M. Schneebaum, PC
1776 K Street, NW, #800
Washington, DC 20008
(202) 742-5900

(Name and Address)

CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DAVID M. SCHERMERHORN, et al.
_____
Plaintiff(s)

vs.   Civil Action No.: 1:16-cv-00049

THE STATE OF ISRAEL, et al.
_____
Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Ministry of Public Security of Israel
Rehov Clermont Ganneau
Building C, Sheikh Government Complex
Sheikh Jerach, Jerusalem 91181
ISRAEL

by: (check one)
☐ registered mail, return receipt requested
☑ ~~DHL~~ FEDEX

pursuant to the provisions of: (check one)
☐ FRCP 4(f)(2)(C)(ii)
☐ 28 U.S.C. § 1608(a)(3)
☑ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): ISRAEL, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven M. Schneebaum
Steven M. Schneebaum, PC
1776 K Street, NW, #800
Washington, DC 20008
(202) 742-5900

(Name and Address)