CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DAVID M. SCHERMERHORN, et al.,

_____
Plaintiff(s)

vs.                                                                     Civil Action No.: 1:16-cv-00049ABJ
                                                                                      _____

THE STATE OF ISRAEL, et al.,

_____
Defendant(s)


### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint   (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Ministries of Defense, Foreign Affairs, Justice and Public Security of Israel
c/o The Minister of Foreign Affairs
Ministry of Foreign Affairs of Israel
9 Yitzak Rabin Boulevard
Kiryat Ben-Gurion
Jerusalem 91035, ISRAEL


by: (check one)          ☐          registered mail, return receipt requested
                                    ☑          DHL
pursuant to the provisions of: (check one)
                                    ☐          FRCP 4(f)(2)(C)(ii)
                                    ☑          28 U.S.C. § 1608(a)(3)
                                    ☐          28 U.S.C. § 1608(b)(3)(B)


I certify that this method of service is authorized by the domestic law of (name of country):
ISRAEL
_____, and that I obtained this information by
contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven M. Schneebaum
Steven M. Schneebaum, PC
1776 K Street, NW, #800
Washington, DC 20008
(202) 742-5900

(Name and Address)