UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID SCHERMERHORN**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:16-cv-49 (ABJ) |
| | ) |
| **THE STATE OF ISRAEL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FOURTH DECLARATION OF STEVEN M. SCHNEEBAUM, ESQ., REGARDING SERVICE OF PROCESS ON DEFENDANTS

STEVEN M. SCHNEEBAUM, Esq., solemnly states as follows:

1.      I am counsel of record to Plaintiffs David Schermerhorn, *et al.*, in the above-captioned case. In that capacity, I submit this report to the Court on the progress of service of process on Defendants.

2.      In a Third Declaration Regarding Service of Process on Defendants, filed today, I explained that efforts to serve the State of Israel under 28 U.S.C. §1608(a)(3), and the Defendant Ministries under §1608(b)(3), were unsuccessful, as deliveries of the packages were refused.

3.      However, even before we learned of that outcome, out of an abundance of caution and concerned that applicable caselaw might be read as requiring, rather than permitting, service of process on government Ministries under § 1608(a)(3) rather than § 1608(b)(3), we filed with the Clerk of Court another Request for Foreign Mailing on May 27th, and delivered new copies of the materials to be sent to the Ministry Defendants, addressed to the Head of the Ministry of Foreign Affairs. (Docket No. 13). That Request too was granted, and the package was sent by the Clerk through Federal Express on May 31st.

1

4.      Delivery of the package addressed to the Head of the Foreign Ministry, containing documents to be served on all Defendants under § 1608(a)(3) was, like the earlier attempted service on the State of Israel, refused.  When I learned of this on June 3rd, I contacted Reeves Anderson, Esq., one of Defendants' counsel, to discuss the matter.

5.      On June 7th, Mr. Anderson called me to say that Defendants had decided that they would accept service if the documents were re-delivered.  Cynthia L. McCann, Esq., of my office, immediately arranged with Federal Express for this to happen.

6.      On June 8, 2016, we were informed that the package containing service documents addressed to the State of Israel (Federal Express tracking #776382560365) had been received, accepted, and signed for on behalf of the Head of the Ministry of Foreign Affairs on June 8th.  *See* Attachment A.  On the following day, we learned that the second package, with the papers to be served on the Ministry Defendants (Federal Express #776394601811), had also been received, accepted, and signed for on behalf of the Head of the Ministry of Foreign Affairs on June 9th.  *See* Attachment B; *see also* Attachment C.

7.      Service of process now having been completed under 28 U.S.C. § 1608(a)(3), answers or motions in response to the Complaint are due 60 days after service, or on August 8, 2016, pursuant to 28 U.S.C. § 1608(d).  The correctness of this calculation was acknowledged by Mr. Bellinger in an email to me dated June 9, 2016.  *See* Attachment D.

8.      I declare under penalty of perjury that the foregoing is true and correct.


June 20, 2016

————————————
Date

————————————
Steven M. Schneebaum

**Attachment A**

**FedEx**

June 8,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776382560365**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | X.SHAF | Delivery location: | JERUSALEM |
| Service type: | FedEx International Priority | Delivery date: | Jun 8, 2016 12:00 |
| Special Handling: | Deliver Weekday | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 776382560365 | Ship date: | May 27, 2016 |
| | | Weight: | 0.8 lbs/0.4 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| JERUSALEM IL | WASHINGTON, DC US |

Thank you for choosing FedEx.

**Attachment B**

# FedEx

June 9, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776394601811**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | X.ITZIK | Delivery location: | 9 YITZHAK RABIN BOULEVARD |
| | | | KIRYAT BEN-GURION |
| | | | JERUSALEM 91035 |
| Service type: | FedEx International Priority | Delivery date: | Jun 9, 2016 12:30 |
| Special Handling: | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 776394601811 | Ship date: | May 31, 2016 |
| | | Weight: | 2.5 lbs/1.1 kg |

Recipient:
MINISTER OF FOREIGN AFFAIRS
THE MINISTRY OF FOREIGN AFFAIRS
9 YITZHAK RABIN BOULEVARD
KIRYAT BEN-GURION
JERUSALEM 91035 IL

Shipper:
ANGELA D. CAESAR, CLERK
US DISTRICT COURT - DC
333 CONSTITUTION AVENUE
WASHINGTON, DC 20001 US

Thank you for choosing FedEx.

**Attachment C**

3875 Airways Boulevard
Memphis, TN 38116-4644
Telephone 800.463.3339



Via Email – clm@smslawdc.com

June 13, 2016

Ms. Cynthia McCann
US District Court – DC
333 Constitution Avenue
Washington, DC  20001

Dear Ms. McCann:

Your request for documentation regarding your shipments sent to the Minister of Foreign Affairs for the State of Israel in Jerusalem, Israel, on FedEx air waybills 776382560365 and 776394601811, was brought to my attention for a response.

The shipment sent under air waybill 776382560365 was tendered to us using our FedEx International Priority service on May 27, for delivery by 6:00 p.m. on May 29, pending no delays in Customs clearance processing.  We attempted to deliver the shipment at 4:10 p.m. on May 29, but the recipient refused to accept delivery.  The shipment tendered on air waybill 776394601811 was tendered on May 31, with the expectation of delivery by 6:00 p.m. on June 5.  We attempted to deliver the shipment at 1:40 p.m. on June 2.  The recipient also refused to accept delivery for this shipment.  On May 6 you contacted FedEx and advised a member of our staff that you had contacted the recipient and they would now be willing to accept delivery.  Final delivery of air waybill 776382560365 was completed at 11:00 a.m. on June 7, signed for by "X.Shaf."  The shipment travelling on air waybill 776394601811 was delivered at 12:30 p.m. on June 9, signed for by "X.Itzik."

Ms. McCann, I hope that this information is of assistance.  Should you have any further questions or concerns regarding these shipments, please do not hesitate to contact our customer representatives at our toll-free number, 1 (800) 247-4747.

Respectfully,

*Beth Boyle*

Margaret E. Boyle
Customer Correspondent

meb/637855

**Attachment D**

**Steven Schneebaum**

| | |
|---|---|
| From: | Bellinger III, John B. <John.Bellinger@APORTER.COM> |
| Sent: | Thursday, June 09, 2016 7:55 PM |
| To: | Steven Schneebaum; Anderson, Reeves |
| Cc: | 'rstein@law.gwu.edu'; Cynthia L. McCann |
| Subject: | Re: Flotilla case: service |

Dear Steven: thanks for the report and nice additional note. I am sorry about the confusion on the Israeli end. As with the USG, mechanics sometimes slip between the cracks. We are now ready to get going and you can expect our first filing on August 8. We, of course, appreciate that your clients are very serious about their arguments, as are our clients about their defense. But we as lawyers can maintain cordial relations, and I am sure we will do so. We look forward to the exchange of briefs. Regards, John

**From:** Steven Schneebaum [mailto:sms@smslawdc.com]
**Sent:** Thursday, June 09, 2016 07:05 PM
**To:** Bellinger III, John B.; Anderson, Reeves
**Cc:** Ralph Steinhardt <rstein@law.gwu.edu>; Cynthia L. McCann <clm@smslawdc.com>
**Subject:** Flotilla case: service

John and Reeves, I am informed by Federal Express that all defendants have now been served.  Service on the State, through the Foreign Ministry, was accomplished yesterday; service on the Ministry defendants was completed today. This means that your filing is due on August 8.

Thanks to both of you for your help in getting us to this point.  I well recognize that you did not have to do this; I also know you well enough to know the high level of professionalism we could expect from your team.

We will be filing a report with Judge Jackson over the next few days advising her that the defendants have all been served.

I will attach them to the report, but if you want the Fed Ex receipts sooner than that, just let me know.

Steven

Steven M. Schneebaum

Steven M. Schneebaum, P.C.
1776 K Street, N.W., Suite 800
Washington, D.C. 20006
(202) 742-5900
sms@smslawdc.com
Website: www.smslawdc.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com