UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID SCHERMERHORN, *et al.*,

      Plaintiffs,

  v.

THE STATE OF ISRAEL,
c/o Embassy of Israel in Washington, D.C.,
3514 International Dr., N.W.
Washington, DC  20008

THE MINISTRY OF DEFENSE OF ISRAEL,
Kaplan St.
Hakirya
Tel-Aviv, Israel 61909

THE MINISTRY OF FOREIGN AFFAIRS OF ISRAEL,
9 Yitzhak Rabin Blvd.
Kiryat Ben-Gurion
Jerusalem, Israel 91035

THE MINISTRY OF JUSTICE OF ISRAEL,
29 Salah A-din St.
Jerusalem, Israel 91010

THE MINISTRY OF PUBLIC SECURITY OF ISRAEL,
Kiryat Hamemshala
P.O.B. 18182
Jerusalem, Israel 91181

      Defendants.

Case No. 16-cv-49 (ABJ)

District Judge Amy Berman Jackson

**DEFENDANTS' RULE 12(b) MOTION TO DISMISS**

    Defendants the State of Israel, the Ministry of Defense of Israel, the Ministry of Foreign

Affairs of Israel, the Ministry of Justice of Israel, and the Ministry of Public Security of Israel

hereby move to dismiss the Complaint (ECF 1) pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6).  In support of this Motion, Defendants have filed an accompanying memorandum of law.  Defendants respectfully request oral argument on this Motion to Dismiss under Local Civil Rule 7(f), on the basis that it would materially assist in the decisional process of the Court.

Respectfully submitted,

Dated:  August 8, 2016

/s/  John B. Bellinger, III

| | |
|---|---|
| R. Reeves Anderson (DC Bar 994989) | John B. Bellinger, III (DC Bar 405059) |
| ARNOLD & PORTER LLP | Robert N. Weiner (DC Bar 298133) |
| Suite 4400 | Robert A. DeRise (DC Bar 1005355) |
| 370 Seventeenth Street | ARNOLD & PORTER LLP |
| Denver, CO  80202-1370 | 601 Massachusetts Ave., NW |
| Tel:  (303) 863-1000 | Washington, DC  20001-3743 |
| Fax:  (303) 832-0428 | Tel:  (202) 942-5000 |
| | Fax: (202) 942-5999 |
| | john.bellinger@aporter.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2016, I have caused to be served, by this Court's ECF system, a true and correct copy of this document on all counsel of record.

    /s/ John B. Bellinger, III
    John B. Bellinger, III
    DC Bar 405059