UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SCHERMERHORN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF ISRAEL, *et al.*,<br><br>Defendants. | Case No. 16-cv-49 (ABJ)<br><br>District Judge Amy Berman Jackson |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss and Memorandum of Law in support thereof, all responses and replies, and any argument relating thereto, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED, and Plaintiffs' Complaint is hereby DISMISSED, with prejudice.  IT IS SO ORDERED.

Dated this \_\_\_\_ day of _____.

_____
U.S. District Judge

**CERTIFICATE OF PERSONS ENTITLED TO BE NOTIFIED OF ENTRY**

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Proposed Order:

Counsel for Plaintiffs:

Steven Marc Schneebaum
STEVEN M. SCHNEEBAUM, P.C.
1776 K Street, NW
Washington, DC 20006
Tel: (202) 742-5900
Fax: (202) 449-3835
Email: sms@smslawdc.com

Counsel for Defendants:

John B. Bellinger, III (DC Bar 405059)
Robert N. Weiner (DC Bar 298133)
Robert A. DeRise (DC Bar 1005355)
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Tel:  (202) 942-5000
Fax: (202) 942-5999
Email:  john.bellinger@aporter.com

R. Reeves Anderson (DC Bar 994989)
ARNOLD & PORTER LLP
Suite 4400
370 Seventeenth Street
Denver, CO  80202-1370
Tel:  (303) 863-1000
Fax:  (303) 832-0428
reeves.anderson@aporter.com