AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| David Schermerhorn, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-49 |
| The State of Israel, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
The State of Israel, the Ministry of Defense of Israel, the Ministry of Foreign Affairs of Israel, the Ministry of Justice of Israel, and the Ministry of Public Security of Israel.

Date: 08/10/2016

/s/ Robert N. Weiner
*Attorney's signature*

Robert N. Weiner (DC Bar 298133)
*Printed name and bar number*

Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001
*Address*

robert.weiner@aporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*