UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| DAVID SCHERMERHORN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 16-0049 (ABJ) |
| STATE OF ISRAEL, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Plaintiffs – who were passengers on a boat that attempted to breach Israel's naval blockade of the Gaza Strip in 2010 – challenge the actions of the State of Israel in enforcing the blockade. *See generally* Compl. [Dkt. # 1]. Defendants have moved to dismiss the complaint, arguing that this action is barred by the Foreign Sovereign Immunities Act, the political question doctrine, and the act of state doctrine. Defs.' Mot. to Dismiss [Dkt. # 17]. The Court invites the United States Department of State to state its views, if any, on these issues or on other issues it considers relevant to this case. The Department of State should file its response, if any, by October 21, 2016.

**SO ORDERED**.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: September 14, 2016