UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID SCHERMERHORN**, *et al*., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 1:16-cv-49 (ABJ) <br> ) |
| **THE STATE OF ISRAEL**, *et al*., | ) <br> ) |
| Defendants. | ) <br> ) |

**[PROPOSED] ORDER**

Now before the Court are Defendants' Motion to Dismiss, Plaintiffs' Opposition thereto, Defendants' Reply, and the arguments and submissions of counsel. Having reviewed these materials, the Court concludes that Defendants are not entitled to sovereign immunity from suit, and that the Complaint – assuming the truth of its allegations, as the law requires – discloses claims for which relief may be granted.

For these reasons, it is this ____ day of _____, 2016, ORDERED that the Motion to Dismiss be, and the same hereby is, DENIED in its entirety. Counsel for the parties are directed to attend a conference in Courtroom _____, United States District Courthouse, on _____, at ___ ___.m., to establish a schedule for discovery, future motions practice, and other matters, so that this Action may now expeditiously progress toward adjudication on the merits.

_____
Amy Berman Jackson
United States District Judge

**CERTIFICATE OF PERSONS ENTITLED TO BE NOTIFIED**

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this [Proposed] Order:

Counsel for Defendants:

    John B. Bellinger, III, (D.C. No. Bar 405059)
    Robert N. Weiner, (D.C. No. Bar 298133)
    Robert A. DeRise, (D.C. Bar No. 1005355)
    ARNOLD & PORTER LLP
    601 Massachusetts Ave., NW
    Washington, DC 20001-3743
    Tel: (202) 942-5000
    Fax: (202) 942-5999
    Email: john.bellinger@aporter.com

    R. Reeves Anderson, (D.C. No. Bar 994989)
    ARNOLD & PORTER LLP
    Suite 4400
    370 Seventeenth Street
    Denver, CO 80202-1370
    Tel: (303) 863-1000
    Fax: (303) 832-0428
    Email: reeves.anderson@aporter.com

Counsel for Plaintiffs:

    Steven M. Schneebaum, (D.C. Bar No. 956250)
    STEVEN M. SCHNEEBAUM, P.C.
    1776 K Street, NW, Suite #800
    Washington, DC 20006
    Tel: (202) 742-5900
    Fax: (202) 449-3835
    Email: sms@smslawdc.com

                                        /s/ Steven M. Schneebaum
                                        _____
                                        Steven M. Schneebaum