IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SCHERMERHORN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 16-0049 (ABJ) |
| STATE OF ISRAEL, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE BY THE UNITED STATES OF POTENTIAL PARTICIPATION**

On September 14, 2016, the Court notified the United States that the defendants' motion to dismiss in the above-captioned case raises issues relating to the "Foreign Sovereign Immunities Act, the political question doctrine, and the act of state doctrine," and provided the United States until October 21, 2016 to "state its views, if any, on these issues or on other issues it considers relevant to the case."  Order, ECF No. 21.

The United States appreciates the Court's invitation, and is actively considering whether to file a Statement of Interest as permitted by 28 U.S.C. § 517.  That statute authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States."  28 U.S.C. § 517.  The process for deciding whether to file a Statement of Interest involves coordination among multiple government agencies and the approval of the U.S. Department of Justice through the Principal Deputy Assistant Attorney General for the Civil Division.

The United States began the process of considering whether to file a Statement of Interest immediately upon receipt of the Court's invitation, and expects to complete its deliberations no later than November 21, 2016.  Accordingly, by that date, the United States intends to either file a substantive memorandum pursuant to 28 U.S.C. § 517, setting forth its interest with respect to this matter, or advise the Court that it will not participate at this stage of the litigation.  If the United States makes a decision not to participate before November 21, 2016, it will immediately so notify the Court.  The United States appreciates the Court's consideration and patience.

Respectfully submitted this 21st day of October, 2016,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director

 s/ Michelle R. Bennett          _
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7310
Washington, D.C. 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for the United States of America*