UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID SCHERMERHORN, *et al.*,  )<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>THE STATE OF ISRAEL, *et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 1:16-cv-49 (ABJ) |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE A SUR-REPLY**

Pending before the Court in this case is Defendants' Motion to Dismiss (Doc. No. 17-1), which Defendants opposed on September 19, 2016 (Doc. No. 17). Defendants filed a Reply to Plaintiffs' Opposition on October 17, 2016 ("D. Rep.," Doc. No. 23), which was the final submission contemplated by the Court's Scheduling Order (Minute Entry dated August 11, 2016).

In their Reply, however, Defendants make reference to two events that occurred after Plaintiffs' Opposition was filed: the enactment, over President Obama's veto, of the Justice Against Sponsors of Terrorism Act ("JASTA," Pub. L. 114–222) on September 28, and the dismissal by the U.S. District Court for the Central District of California of the case of *Dogan v. Barak*, No. 2:15-cv-08130-ODW(GSJx), on October 13, 2016. Plaintiffs now seek leave to file the Sur-Reply, limited to those two matters, which is attached to this Motion as Exhibit A.

The proposition that an appellate court "generally refuses to entertain arguments raised for the first time in an appellant's reply brief," *Herbert v. Nat'l Acad. of Sciences*, 974 F.2d 192, 196 (D.C. Cir. 1992), applies equally to motions practice in District Courts. *See Rivera v.*

*Rosenberg & Associates, LLC*, 142 F.Supp.3d 149, 159 (D.D.C. 2015).  When such material is included in a reply brief, the Court may, and should, permit the party opposing the motion to offer its views on the new argument(s).  This is properly done through leave to file a sur-reply, "limited to addressing only new arguments raised for the first time by the opposing party in their reply briefing and not included in the original motion." *Id*., *citing Marbury Law Grp., PLLC v. Carl*, 729 F.Supp.2d 78, 82 (D.D.C.2010), *citing Longwood Vill. Rest., Ltd. v. Ashcroft*, 157 F.Supp.2d 61, 68 n.3 (D.D.C.2001).

Plaintiffs do not ask the Court to strike the new material, but rather only to permit them to address it through a brief and targeted Sur-Reply.

In accordance with Local Rule 7(m), undersigned counsel for Plaintiffs reports that he has conferred by telephone with counsel for Defendants, Reeves Anderson, Esq., who indicated that his clients consent to the entry of the relief requested in this Motion.  And counsel have agreed that Plaintiffs will consent to Defendants' filing a response to the Sur-Reply should they deem it appropriate, and should the Court grant their Motion to do so.

                Respectfully submitted,

                /s/ *Steven M. Schneebaum*
                _____
                Steven M. Schneebaum
                   (D.C. Bar No. 956250)
                STEVEN M. SCHNEEBAUM, P.C.
                1776 K Street, N.W.; Suite #800
                Washington, D.C. 20006
                Tel: (202) 742-5900
                Fax: (202) 449-3835
                     E-mail: sms@smslawdc.com

                Counsel of Record for Plaintiffs

Of counsel:	Ralph G. Steinhardt
	GEORGE WASHINGTON UNIVERSITY LAW SCHOOL
	2000 H Street, N.W.
	Washington, D.C. 20052


Dated:  November 1, 2016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID SCHERMERHORN**, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:16-cv-49 (ABJ) ) |
| **THE STATE OF ISRAEL**, *et al.*, | ) ) |
| Defendants. | ) ) ） |

**[PROPOSED] ORDER**

Now before the Court is Plaintiffs' Consent Motion for Leave to File a Surreply, limited to two issues stated in the Motion. It is this _____ day of November, 2016, ORDERED that the Motion be, and the same hereby is, GRANTED, and the Clerk of Court is directed to accept for filing the Brief attached thereto as Exhibit A.

_____
Amy Berman Jackson
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2016, I filed the foregoing Plaintiffs' Motion for Leave to File a Sur-Reply with the Court through its ECF system, thereby effecting service on counsel of record for Defendants:

John B. Bellinger, III, Esq.
Robert N. Weiner, Esq.
Robert A. DeRise, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001

and

R. Reeves Anderson, Esq.
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4400
Denver, CO 80202

/s/ *Steven M. Schneebaum*

Steven M. Schneebaum