UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SCHERMERHORN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF ISRAEL, *et al.*,<br><br>Defendants. | Case No. 16-cv-49-ABJ<br><br>District Judge Amy Berman Jackson |

**DEFENDANTS' NOTICE REGARDING PLAINTIFFS' SUR-REPLY**

In consenting to Plaintiffs' request to file a sur-reply on Defendants' Motion to Dismiss, Defendants reserved the right to respond, if necessary, to any arguments raised in Plaintiffs' sur-reply. After reviewing Plaintiffs' sur-reply, Defendants do not intend to submit a response, unless the Court requests otherwise.

Respectfully submitted,

November 4, 2016

R. Reeves Anderson (DC Bar 994989)
 ARNOLD & PORTER LLP
 Suite 4400
 370 Seventeenth Street
 Denver, CO  80202-1370
 Tel:  (303) 863-2325

 /s/  John B. Bellinger, III
 John B. Bellinger, III (DC Bar 405059)
 Robert N. Weiner (DC Bar 298133)
 Robert A. DeRise (DC Bar 1005355)
 ARNOLD & PORTER LLP
 601 Massachusetts Ave., NW
 Washington, DC  20001-3743
 Tel:  (202) 942-5000
 john.bellinger@aporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2016, I have caused to be served, by this Court's ECF system, a true and correct copy of this document on all counsel of record.

    /s/ John B. Bellinger III
    John B. Bellinger, III
    DC Bar 405059