UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SCHERMERHORN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 16-0049 (ABJ) |
| ) | |
| STATE OF ISRAEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 58, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that defendants' motion to dismiss [Dkt. # 17] is **GRANTED**.  The complaint is dismissed with prejudice.

This is a final appealable order.

**SO ORDERED**.

/s/ Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE:  January 25, 2017