# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID SCHERMERHORN, et al.,** | ) |
| | ) |
| **Plaintiffs-Appellants,** | ) |
| **v.** | )   Civil Action No. 1:16-cv-49 (ABJ) |
| | ) |
| **THE STATE OF ISRAEL, et al.,** | ) |
| | ) |
| **Defendants-Appellees.** | ) |
| | ) |

## AMENDED NOTICE OF APPEAL

Notice is given on this 15th day of February, 2017, that Plaintiffs David Schermerhorn, Mary Ann Wright, Huwaida Arraf, and Margagrieta De Knoops hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 25th day of January, 2017, in favor of Defendants the State of Israel, *et al.*, and against said Plaintiffs.

Respectfully submitted,

/s/ *Steven M. Schneebaum*

_____

| | |
|---|---|
| Of counsel: | Steven M. Schneebaum (D.C. Bar No. 956250) |
| Ralph G. Steinhardt | STEVEN M. SCHNEEBAUM, P.C. |
| Rodney Dixon, Q.C. | 1776 K Street, N.W.; Suite #800 |
| Haydee Dijkstal | Washington, D.C. 20006 |
|     Stoke & White, LLP, London |     Tel: (202) 742-5900 |
| Sehriban Dogan |     Fax: (202) 449-3835 |
|     Stoke & White, LLP, London |     E-mail: sms@smslawdc.com |
| | Counsel of Record for Plaintiffs-Appellants |

Dated:  February 15, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2017, I filed the foregoing Amended Notice

of Appeal with the Court through its ECF system, thereby effecting service on counsel of record for

Defendants-Appellees:

John B. Bellinger, III, Esq.
Robert N. Weiner, Esq.
Robert A. DeRise, Esq.
ARNOLD & PORTER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C.  20001

and

R. Reeves Anderson, Esq.
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4400
Denver, CO  80202

/s/ *Steven M. Schneebaum*

_____
Steven M. Schneebaum