# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 17-7023**          **September Term, 2017**

1:16-cv-00049-ABJ

**Filed On: January 11, 2018** [1712492]

David Schermerhorn, et al.,

    Appellants

    v.

State of Israel, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of December 1, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                           BY:     /s/
                                      Ken R. Meadows
                                      Deputy Clerk

Link to the judgment filed December 1, 2017