| | |
|---|---|
| No. 17-7023 | September Term, 2017 |
| | 1:16-cv-00049-ABJ |
| | Filed On: December 1, 2017 [1706942] |

David Schermerhorn, et al.,

    Appellants

    v.

State of Israel, et al.,

    Appellees

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Ken R. Meadows
        Deputy Clerk